UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ANTOINE FLETCHER #473486,

                Plaintiff,

v.

UNKNOWN WHITLEY,

                Defendant.

_____/

Case No. 2:23-cv-211

Honorable Maarten Vermaat

## ORDER

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On September 27, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 12).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Antoine Fletcher #473486 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.

Dated:   October 7, 2024               /s/ *Maarten Vermaat*

                                        Maarten Vermaat
                                        United States Magistrate Judge